**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-1724

JANICE MCNEIL,

Plaintiff - Appellant,

versus

IGNACIO PESSOA; PERCY WHITE, Probation
Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-02-291-A)

Submitted: December 16, 2002       Decided: December 19, 2002

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Janice McNeil, Appellant Pro Se. George Arthur McAndrews, OFFICE OF THE CITY ATTORNEY, Alexandria, Virginia; William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Janice McNeil appeals the district court's order dismissing her civil suit as barred by the statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>McNeil v. Pessoa</u>, No. CA-02-291-A (E.D. Va. June 13, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2